United States Court of Appeals
 for the district of columbia circuit
 

No. 97-1114 September Term, 1997

Ghaith R. Pharaon
 Petitioner
 
 v.

Board of Governors of 
 the Federal Reserve System,
 Respondent
 

 Before: Ginsburg, Henderson, and Tatel, Circuit Judges.

 O R D E R

 It is Ordered, by the Court, that the opinion filed February 10, 1998 is amended, as
follows:

 At page 13, lines 8-13

 Delete: "Thirty-seven million dollars reflects the approximate amount the Board
 found BCCI invested in Independence, as well as approximating the magnitude of the
 gains sought and the potential harm posed by Pharaon's facilitation of BCCI's secret
 takeover of a bank worth several hundred million dollars."

 At page 15, lines 21-24 

 Delete: "Indeed, BCCI's unrecoverable investment in the now-defunct
 Independence represents adequate 'financial loss or other damage' for purposes of the
 prohibition order." 

 PER CURIAM
FOR THE COURT:
Mark J. Langer, Clerk

Filed on April 17, 1998